# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 7, 2017

## NO. 03-17-00068-CV

**James P. Rangel and Paula Grace, Appellants**

**v.**

**Vanderbilt Mortgage and Finance, Inc., Appellee**

**APPEAL FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE BOURLAND**

Having reviewed the record, the Court holds that James P. Rangel and Paula Grace have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.